874

No. 91–5076. PIERSON v. POWERS ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–5077. CAGE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 91–5078. CHASE v. OREGON COURT OF APPEALS. Sup. Ct. Ore. Certiorari denied.

No. 91–5079. MARSHALL v. WOOD, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–5080. HARRIS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–5081. MARTINEZ-LOYDE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5083. BERRIEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5085. GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5086. ELDRIDGE v. BERNET. Ct. App. D. C. Certiorari denied.

No. 91–5088. BARGINEAR ET AL. v. TIDEMANSON ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–5089. TOUSSAINT ET AL. v. MCCARTHY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5090. PARKS v. SAFFLE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 91–5091. WILLIAMS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 91–5092. BONES v. JOHNSON, SUPERINTENDENT, ORLEANS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–5094. VAUGHN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.